CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 26 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
~~LYNCHBURG~~ DIVISION
DANVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 4:03-CR-70134 |
| v. | ORDER & OPINION |
| RODNEY WILSON, *Defendant.* | JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant Rodney Wilson's Motion for Contempt of Court, filed May 5, 2005. In his motion, Defendant quotes language from this Court's November 17, 2004 Joint Discovery and Inspection Order, which states that "violation of this order shall be deemed contempt of court." However, Defendant failed to note the language immediately proceeding this statement. The sentence in its entirety reads: "Unauthorized disclosure of Grand Jury material is a violation of federal law and violation of this order shall be deemed contempt of court pursuant to Title 18, United States Code Section 401." Because Defendant has provided no evidence to suggest that any Grand Jury material was disclosed, Defendant's Motion for Contempt of Court is DENIED.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: _____
U.S. District Judge

_5/26/05_____
Date