CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED for D'ville
NOV 28 2007
JOHN F. CORCORAN, CLERK
BY: /s/ _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### DANVILLE DIVISION

| | |
|---|---|
| RODNEY WILSON,<br>Petitioner, | Criminal Case No. 4:03cr70134-3<br>Civil Action No. 4:07cv80007 |
| v. | 2255 FINAL ORDER |
| UNITED STATES OF AMERICA,<br>Respondent. | By: Hon. Norman K. Moon<br>United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

**ADJUDGED AND ORDERED**

that this action, which the court construes as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, shall be and hereby is **DISMISSED** without prejudice; and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 28th day of November, 2007.

/s/ Norman K. Moon
United States District Judge