# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 4:03cr70134-3 |
| | ) | |
| v. | ) | **2255 MEMORANDUM OPINION** |
| | ) | |
| RODNEY WILSON, | ) | By: Norman K. Moon |
|     Petitioner. | ) | United States District Judge |

Rodney Wilson, a federal inmate proceeding *pro se*, filed a pleading (Docket No. 530) challenging his 2005 convictions and sentence. Because Wilson is challenging the validity of his federal convictions and sentence, I will construe Wilson's pleading as a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Upon review of the record, however, I find that the § 2255 action must be dismissed as successive.

Wilson challenges his life sentence for various drug and firearm offenses. Court records indicate that Wilson previously filed a § 2255 motion regarding the same convictions and sentence, which I denied. *See* Civil Action No. 7:07cv267. I may consider a second or successive § 2255 motion only upon specific certification from the United States Court of Appeals for the Fourth Circuit that the claims in the motion meet certain criteria. *See* § 2255(h). As Wilson has not submitted any evidence of having obtained certification from the Court of Appeals to file a second or successive § 2255 motion, I must dismiss his motion as successive.[1]

**ENTER**: This 20th day of November, 2013.

                                                   */s/ Norman K. Moon*
                                                 NORMAN K. MOON
                                                 UNITED STATES DISTRICT JUDGE

---

[1] Petitioner is hereby advised of the procedure for obtaining certification from the United States Court of Appeals for the Fourth Circuit to have this court review a successive § 2255 motion. Petitioner must submit a copy of the successive § 2255 motion to the Court of Appeals, along with a motion requesting a three-judge panel certification that the district court may review the successive § 2255 motion. See 28 U.S.C. § 2244. A Fourth Circuit form and instructions for filing this motion are available from the Fourth Circuit at the following address: Office of the Clerk, United States Court of Appeals for the Fourth Circuit, 900 E. Main St., Richmond, VA 23219.